IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

       Plaintiff-Respondent,       No. CV 17-590 JB/WPL
                                                      CR 10-1915 JB

  vs.

**MYRON JIM HARRY**,

       Defendant-Movant.

**STIPULATED ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY (CR DOC. 267)**

**THIS MATTER** having come before the Court on the United States' unopposed motion for an extension of time, the Court being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion for Extension of Time to Respond to the Defendant-Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CR Doc. 267) (the "Motion"), is hereby GRANTED; the United States shall respond to the Motion by August 23, 2017.

                                                    _____
                                                    The Honorable William P. Lynch
                                                    United States Magistrate Judge

Form of order submitted by:

  **/s/ *Submitted on 6/13/2017*            
JAMES D. TIERNEY
Acting United States Attorney
By: Kyle T. Nayback
Supervisory Assistant United States Attorney
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM  87103
(505) 346-7274 (telephone)
(505) 346-7296 (facsimile)


And approved by:


  **/s/ *Approved on 6/13/2017*            
Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, TX  76063
(972) 483-4865 (telephone)
(972) 584-9230 (facsimile)
Jeremy@gordondefense.com
TX Bar No. 24049810

*Counsel Pro Hac Vice for Myron Jim Harry*